# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES SUING ON BEHALF OF ROBERT ARRON MCKISSICK, AIDA ESTETA BARTOSH AND ANNA MARIE WIGGINS; ROBERT ARRON MCKISSICK, A MINOR; AIDA ESTETA BARTOSH AND ANNA MARIE WIGGINS,**<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>**PINE VALLEY VIDEO; DEBORAH L. SALMOS;** And **DOES 1 THROUGH 10, Inclusive**<br><br>　　　　　　Defendants. | Case No.: 06cv1835 JAH (NLS)<br><br>**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT.**<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

   **IT IS HEREBY ORDERED** that ALL DEFENDANTS are dismissed with Prejudice from Plaintiffs' Complaint, Case Number: 06cv1835 JAH (NLS). Additionally, Plaintiffs' Civil Complaint is dismissed in its entirety.

**IT IS SO ORDERED.**

Dated: 5-24-07

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE JUDGE JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE

　　　　　　　　　　　　　　　　　　Case Number: 06cv1835 JAH (NLS)